JOHN POLACSEK, Appellant, *v.* AMERICAN IRON AND STEEL MANUFACTTRING COMPANY, Respondent.

*Polacsek* v. *American Iron & Steel Manfg. Co.,* 164 App. Div. 925, appeal dismissed.

(Submitted April 13, 1915; decided May 4, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 16, 1914, which reversed an order of Special Term denying a motion to vacate the service of the summons upon defendant on the ground that service thereof was not made upon a person authorized by law to receive service of the same under the provisions of subdivision 3 of section 432 of the Code of Civil Procedure.

*L. B. Treadwell* for appellant.

*Henry B. Corey* for respondent.

Appeal dismissed, with costs, on authority of *Kramer* v. *Buffalo Union Furnace Company* (196 N. Y. 532).

Concur: WERNER, HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.